# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CHRISMAN, | Case No. 2:19-cv-01219-KJD-EJY |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN JERRY HOWELL, | |
| Respondents. | |

Respondents having filed a three motions for enlargement of time (ECF No. 10, 12, 13), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motions for enlargement of time (ECF No. 10, 12, 13) are **GRANTED**. Respondents will have up to and including January 21, 2020, to file a response to the petition (ECF No. 1).

DATED: January 8, 2020

_____
KENT J. DAWSON
United States District Judge

1