# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CHRISMAN, | Case No. 2:19-cv-01219-KJD-EJY |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN JERRY HOWELL, | |
| Respondents. | |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 27), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 27) is **GRANTED**. Respondents will have up to and including March 6, 2020, to file a reply in support of the motion to dismiss.

DATED: February 14, 2020

_____
KENT J. DAWSON
United States District Judge

1