**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL CHRISMAN,

        Petitioner,

    v.

WARDEN JERRY HOWELL,

        Respondents.

Case No. 2:19-cv-01219-KJD-EJY

**ORDER**

      Respondents having filed a motion for enlargement of time (first request) (ECF No. 32), and good cause appearing;

      IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 32) is **GRANTED**.  Respondents will have up to and including December 7, 2020, to file and serve an answer to the petition (ECF No. 1).

      DATED:  October 27, 2020

_____
KENT J. DAWSON
United States District Judge

1