**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL CHRISMAN, | Case No. 2:19-cv-01219-KJD-EJY |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN JERRY HOWELL, | |
| Respondents. | |

Respondents having filed a motion for enlargement of time (second request) (ECF No. 34), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (second request) (ECF No. 34) is **GRANTED**.

DATED 4/2/2021 NUNC PRO TUNC:

_____
KENT J. DAWSON
United States District Judge

1